688 A.2d 580

IN THE MATTER OF ALAN E. DENENBERG, AN ATTORNEY AT LAW.

February 14, 1997.

## ORDER

The Disciplinary Review Board on December 9, 1996, having filed with the Court its decision concluding that **ALAN E. DE- NENBERG** of **CHERRY HILL,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ALAN E. DENENBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.